# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 29, 2016

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526


      Re:  Mark Towle
            v. DC Comics
            No. 15-943
            (Your No. 13-55484)


Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on January 21, 2016 and placed on the docket January 29, 2016 as No. 15-943.



            Sincerely,

            **Scott S. Harris**, Clerk

            by

            Erik  Fossum
            Case Analyst